UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE I. VINCI,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)  Civil No. 2:14-cv-00345-LDG-GWF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING JOINT MOTION TO STAY ALL
CASE DEADLINES PENDING ADMINISTRATIVE EXAMINATION**

      The Court, having considered the Joint Motion to Stay all Case Deadlines Pending Administrative Examination and the entire file herein, and good cause being shown therefore, hereby ORDERS this case stayed up to, and including, November 9, 2015.  No later than November 16, 2015, or within one week after the administrative examination is completed and any assessments that may result therefrom are made if that occurs prior to November 9, 2015, the parties shall file a joint status report which shall also include a proposed amended Scheduling Order.

      **IT IS SO ORDERED.**

      **THUS DONE AND SIGNED** in Las Vegas, Nevada, this __6__, day of __April__, 2015.

_____
Honorable Lloyd D. George
United States District Judge

12471857.1