UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE I. VINCI, | ) |
|       Plaintiff, | ) Civil No. 2:14-cv-00345-LDG-GWF |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
|       Defendant. | ) |

**ORDER GRANTING JOINT MOTION TO CONTINUE THE STAY OF ALL CASE DEADLINES PENDING ADMINISTRATIVE EXAMINATION**

The Court, having considered the Joint Motion to Continue the Stay of all Case Deadlines Pending Administrative Examination and the entire file herein, and good cause being shown therefore, hereby ORDERS that the stay of this case is hereby extended up to, and including, May 2, 2016. No later than May 9, 2016, or within one week after the administrative examination is completed and any assessments that may result therefrom are made if that occurs prior to May 2, 2016, the parties shall file a joint status report which shall also include a proposed amended Scheduling Order.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED** in Las Vegas, Nevada, this ___9___, day of February, 2016.

_____
Honorable Lloyd D. George
United States District Judge

13582129.1