UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE I. VINCI, | ) |
| Plaintiff, | ) Civil No. 2:14-cv-00345-LDG-GWF |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT MOTION TO CONTINUE THE STAY OF ALL CASE DEADLINES PENDING SETTLEMENT NEGOTIATIONS**

The Court, having considered the Joint Motion to Continue the Stay of all Case Deadlines Pending Settlement Negotiations and the entire file herein, and good cause being shown therefore, hereby ORDERS that the stay of this case is hereby extended up to, and including, July 1, 2016. The parties shall file either a joint motion for dismissal or a joint status report as to why they have not done so no later than July 8, 2016.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED** in Las Vegas, Nevada, this ___, day of May, 2016.

_____
Honorable Lloyd D. George
United States District Judge

13847153.1