UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE I. VINCI, ) | |
| ) | Civil No. 2:14-cv-00345-LDG-GWF |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER REQUIRING FILING OF JOINT DISMISSAL OR JOINT STATUS REPORT**

The Court, having considered the Joint Status Report (First) and the entire file herein, and good cause being shown therefore, hereby ORDERS the parties to file either a joint stipulation for dismissal or a joint status report as to why they have not done so no later than September 8, 2016.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED** in Las Vegas, Nevada, this  11th  day of July, 2016.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

14136815.1