Scott R. Omohundro (NV Bar No. 7472)
PROCOPIO, CORY, HARGREAVES
AND SAVITCH LLP
12544 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone: 858.720.6300
Facsimile: 619.235.0398
E-mail:  scott.omohundro@procopio.com

Kristen T. Gallagher (NV Bar No. 9561)
Amanda Yen (NV Bar No. 9726)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702 873-4100
Facsimile: (702) 873-9966
E-mail:  kgallagher@mcwlaw.com
             ayen@mcwlaw.com

*Attorneys for Plaintiff Denise I. Vinci*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE I. VINCI,<br><br>             Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>             Defendant. | CASE NO.:  2:14-cv-00345-LDG-GWF<br><br>**MOTION FOR WITHDRAWAL OF JEFF RIESENMY, ESQ. AS COUNSEL FOR PLAINTIFF** |

PLEASE TAKE NOTICE that plaintiff Denise I. Vinci ("Plaintiff") hereby requests that the Court withdraw attorney Jeff Riesenmy, Esq. as attorney of record in this matter and that he be removed from the CM/ECF service list in this case.  Mr. Riesenmy is no longer associated with the law firm of McDonald Carano Wilson LLP.  Kristen T. Gallagher, Esq. and Amanda C. Yen, Esq., McDonald Carano Wilson LLP, will continue to serve as counsel to Plaintiff in this matter.

…

…

…

…

The Clerk's office is requested to make such changes to the docket and to the electronic notification system as are necessary to reflect the withdrawal of Mr. Riesenmy as counsel of record for Plaintiff.

DATED this 25th day of July, 2016.

MCDONALD CARANO WILSON LLP

By: */s/ Kristen T. Gallagher*
Kristen T. Gallagher (NV Bar No. 9561)
Amanda Yen (NV Bar No. 9726)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
E-mail: kgallagher@mcwlaw.com
ayen@mcwlaw.com

Scott R. Omohundro (NV Bar No. 7472)
PROCOPIO, CORY, HARGREAVES
AND SAVITCH LLP
12544 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone: 858.720.6300
Facsimile: 619.235.0398
E-mail:  scott.omohundro@procopio.com

*Attorneys for Plaintiff Denise I. Vinci*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 26, 2016

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 25th day of July, 2016, a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF JEFF RIESENMY, ESQ. AS COUNSEL FOR PLAINTIFF** to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case upon the following:

> TAMARA W. ASHFORD
> Acting Assistant Attorney General
> JEREMY N. HENDON
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Ben Franklin Station
> Washington, D.C. 20044-0683
> Telephone: (202) 353-2466
> Facsimile: (202) 307-0054
> Email: Jeremy.Hendon@usdoj.gov
> Western.TaxCivil@usdojgov
>
> *Counsel for United States of America*

                                           */s/ Marianne Carter*
                                           An employee of McDonald Carano Wilson LLP

364317